FILED
2012 SEP 11 PM 3: 22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  Kenneth D. Freundlich (SBN119806)
   FREUNDLICH LAW
2  16133 Ventura Blvd. Suite 1270
   Encino, CA 91436
3  P: (818) 3775-3790
   F: (310) 275-5351
4  E-Mail: ken@freundlichlaw.com

5  Attorneys for Defendant COURTNEY LOVE COBAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LABRIE, an individual, | Case No. CV12-7793-GHK (JCGx) |
| Plaintiff, | |
| vs. | **CERTIFICATION AS TO INTERESTED PARTIES** |
| COURTNEY LOVE COBAIN, an individual; and DOES 1 through 25, inclusive | |
| Defendants. | |

CERTIFICATION AS TO INTERESTED PARTIES

     Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Courtney Love Cobain certify that the following parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate the possible disqualification or recusal.

     Other than the named parties, there are no parties with a pecuniary interest in the outcome of the case.

Dated: September 11, 2012

FREUNDLICH LAW

Kenneth D. Freundlich

By: _/s/ Kenneth D. Freundlich_
Kenneth D. Freundlich
Attorneys for Defendant
Courtney Love Cobain

---

1

CERTIFICATION AS TO INTERESTED PARTIES