Kenneth D. Freundlich (SBN119806)
FREUNDLICH LAW
16133 Ventura Blvd. Suite 1270
Encino, CA  91436
P: (818) 3775-3790
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com

Attorneys for Defendant COURTNEY LOVE COBAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LABRIE, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>COURTNEY LOVE COBAIN,<br>an individual; and DOES 1 through 25, inclusive<br><br>       Defendants. | Case No. CV12-7793 GHK (JCGx)<br><br>**DEFENDANT COURTNEY LOVE COBAIN'S NOTICE OF PLAINTIFF JESSICA LABRIE'S NON-OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS AND/OR TRANSFER VENUE**<br><br>DATE:     October 22, 2012<br>TIME:     9:30 am<br>PLACE:    Ctrm. 650<br>   Courtroom of the Hon George H. King, United States District Judge |

### NOTICE OF NON-OPPOSITION

On September 18, 2012, Defendant Courtney Love Cobain ("Cobain") filed motions to dismiss and/or transfer venue ("Motions"), setting the hearing date for October 22, 2012.  Doc. No. 5.  Pursuant to Local Rule ("L.R.") 7-9, Plaintiff Jessica Labrie's ("Labrie") opposition ("Opposition") to the Motions was due no later than October 1, 2012.

As of the present date, Labrie has not filed an Opposition.  Accordingly, Cobain respectfully submits, pursuant to L.R 7-12., that Labrie has consented to the granting of the Motions, and therefore the Court should dismiss this action.

In the alternative, should the Court choose not to dismiss this action pursuant to L-R 7.12 and instead adjudicates the merits of the Motions, Cobain respectfully requests that the Court: **(a)** Grant in all respects Cobain's motion to dismiss under F. R. Civ. P. 12(b)(6) and dismiss all but the breach of contract claim (i.e., dismiss Counts 1-9 and 11) within Labrie's Complaint; and **(b)** transfer venue (for the remaining breach of contract claim) to the Southern District of New York as the present venue is an improper and inconvenient forum.

Respectfully,

Dated: October 3, 2012

FREUNDLICH LAW
Kenneth D. Freundlich

By: /s/ Kenneth D. Freundlich
Kenneth D. Freundlich
Attorneys for Defendant
Courtney Love Cobain