*FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7793-GHK (JCGx) | Date | October 17, 2012 |
|---|---|---|---|
| Title | *Jessica Labrie v. Courtney Love Cobain* | | |

**Presiding: The Honorable**   **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order re:** Motion to Dismiss and/or Transfer Venue [Dkt. No. 5]

On September 18, 2012, Defendant Courtney Love Cobain ("Defendant") filed a Motion to Dismiss and/or Transfer Venue ("Motion"). On October 9, 2012, Plaintiff Jessica Labrie filed a First Amended Complaint ("FAC"). *See* Fed. R. Civ. P. 15(a)(1)(B) (If the pleading is one to which a responsive pleading is required, a party may amend the pleading as a matter of course within 21 days after service of a responsive pleading or after service of a 12(b) motion, whichever is earlier.). Accordingly, Defendant's Motion is **DENIED as moot**. The hearing set for October 22, 2012, is hereby **TAKEN OFF CALENDAR** and the hearing date is **VACATED**. Defendant **SHALL respond** to the FAC **within thirty (30) days hereof**.

**IT IS SO ORDERED.**

|  | --- | : | --- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | ljw for Bea |